DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00347 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. ) | |
| JOSEPH BROWN, ) | Date: December 11, 2009 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEVIN P. ROONEY, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant JOSEPH BROWN, that the date for status conference may be continued to December 11, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is November 13, 2009. The requested new date is December 11, 2009 at 9:00 a.m..**

The defense has completed a mental evaluation of Mr. Brown and has filed a notice of insanity defense. The government intends to conduct its own evaluation of Mr. Brown, but has not yet done so. This continuance is requested to allow additional time for the government to conduct its evaluation. The results of the government evaluation may effect attempts to reach a negotiated settlement of this matter.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN WAGNER
                                                United States Attorney

DATED: November 10, 2009                      By  /s/ Kevin P. Roney
                                                KEVIN P. ROONEY
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: November 10, 2009                      By  /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOSEPH BROWN

## O R D E R

**Good cause has been stated for the continuance.**  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:**     **November 10, 2009**               /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE