

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

DEC 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   1:08-cr-00347 LJO
                                     )
            Plaintiff,               )   ORDER AUTHORIZING MENTAL
                                     )   EXAMINATION AND DISCLOSURE OF
      v.                             )   RESULTS OF THAT EXAMINATION
                                     )
JOSEPH BROWN,                        )
                                     )
            Defendant.               )
                                     )
_____)

In that the defendant has filed a Notice of Intent to Present an Insanity Defense, and pursuant to 18 U.S.C. §4242(a), the Court hereby authorizes Dr. Howard Terrell to meet with and conduct a psychiatric and/or psychological examination of the above named-defendant, to prepare a report of said examination(s) pursuant to 18 U.S.C. §4247, and to disclose that report to the government prosecutors in this case.

IT IS SO ORDERED.

DATED: December 15, 2009

Lawrence J. O'Neill
United States District Judge

1