1  BENJAMIN W. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08 CR 347 LJO |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTIONS HEARING |
| v. | ) ) | DATE:  January 20, 2010 |
| JOSEPH BROWN, | ) ) | TIME:   9:00 a.m. HONORABLE LAWRENCE J. O'NEILL |
| Defendant. | ) ) ) | |

The United States of America, by and through Benjamin W. Wagner, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, and the defendant, by and through his attorney, hereby stipulate and agree that the status conference, currently set for January 22, 2010, be continued to January 29, 2010 at 9:00 a.m.  The parties have requested the continuance in order to conduct a meaningful status conference.

Since the last conference, a government expert has examined the defendant and completed an initial draft of a report regarding the defendant's sanity at the time of the offense.  The parties anticipate that the requested continuance will allow the report to be completed and disclosed to defense counsel and for both counsel to consider the future course of this litigation.

///

///

1

1    Therefore, the parties stipulate to continue the status conference to January 29, 2010 at 9:00
2 a.m., further stipulate that time be excluded to and through that date pursuant to 18 U.S.C. § 3161(h),
3 and request that the court order the same.

4 DATED:  January 20, 2010					BENJAMIN W. WAGNER
							United States Attorney
5
							By /s/ Kevin P. Rooney
6
							KEVIN P. ROONEY
7							Assistant U.S. Attorney

8
   DATED: January 20, 2010					/s/ Erick Kersten
9							ERIC KERSTEN
							Attorney for JOSEPH BROWN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BENJAMIN W. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )    1:08 CR 0347 LJO
                                    )
11              Plaintiff,           )    ORDER CONTINUING STATUS
                                    )    CONFERENCE AND EXCLUDING TIME
12         v.                        )
                                    )
13 JOSEPH BROWN,                     )
                                    )
14              Defendant.           )
                                    )
15                                   )
                                    )
16 _____)

17      The United States of America, by and through Benjamin B. Wagner, United States Attorney,

18 and Kevin P. Rooney, Assistant United States Attorney, and the defendant, by and through counsel,

19 have stipulated to a continuance of the status conference in this case, currently set for January 20,

20 2010, to January 29 , 2010  at 9:00 a.m. and for an exclusion of time.  Based on the filings, the

21 requests are supported by good cause and are in the interests of justice,

22      The status conference in this case is continued until January 29, 2010  at 9:00 a.m. and the

23 speedy trial calculations time is excluded from the date of this Order through and including January

24 29, 2010 pursuant to 18 United States Code, Section 3161(h).

25

26 IT IS SO ORDERED.

27 **Dated:   January 20, 2010**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
28

3