# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDALLA, | CASE NO. 1:08CR00347 LJO |
| Plaintiff, | ORDER DENYING DEFENDANT'S REQUEST FOR BOP'S POLICY FOR ENTERING CELLS |
| v. | |
| JOSEPH BROWN, | |
| Defendant. | |
| _____ / | |

The Court has received and reviewed the Defendant's EX PARTE supplemental proffer in support of the motion for discovery, specifically for the BOP policies for entering the cells of unrestrained inmates. The supplemental proffer adds little to the oral argument in open court on July 9, 2010.

The issue, as stated in open court by the Court, is what the DEFENDANT believed was proper or routine procedure at the time of the incident, whether the belief is backed up by a written BOP policy or not. The details of any WRITTEN policy itself are of no relevance.

That said, should the Government produce a witness who testifies, whether on direct or cross-examination, that Officer Tiscareno's entry or near-entry into the cell was routine, common or within policy (i.e. without first cuffing the inmate), the Court will revisit the issue on impeachment grounds at trial. For that reason, the Government must have the policy ready to produce at trial should such a condition precedent be met. Otherwise, the motion is DENIED.

DATED: July 12, 2010

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Court Judge