FILED

SEP 0 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-CR-00347 LJO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO DISMISS (Fed. R. Crim. P. 48(a)) |
| JOSEPH BROWN, | |
| Defendant. | |

This matter having come before the court pursuant to a written order to dismiss the Indictment without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the indictment be dismissed without prejudice as to this defendant.

DATED: 9-2-11

_____
Lawrence J. O'Neill
Untied State District Court Judge

USA, Fresno, hand-delivered copy on 9-2-11