IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0347 LJO |
| Plaintiff, | **ORDER ON MOTIONS FOR 28 U.S.C. § 2255 RELIEF** |
| vs. | (Docs. 88, 89.) |
| JOSEPH BROWN, | |
| Defendant. | |
| _____/ | |

On September 8, 2011, defendant Joseph Brown ("defendant") filed papers seeking relief under 28 U.S.C. 2255 ("section 2255") in connection with his criminal action in the District of Columbia and based on complaints regarding his counsel in this action. This Court lacks jurisdiction to address the District of Columbia action in that section 2255(a) requires defendant to bring his 2255 motion before "the court which imposed the sentence." This Court lacks grounds to impose section 2255 relief in this action in that this Court dismissed the indictment to result in no sentence of defendant. As such, this Court DENIES defendant section 2255 relief and directs the clerk to term docs. 88 and 89 and to close corresponding civil actions.

IT IS SO ORDERED.

Dated:   September 14, 2011            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1