IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0347 LJO |
| Plaintiff, | **ORDER ON MOTION REGARDING PRISON LOCATION** |
| vs. | (Docs. 94.) |
| JOSEPH BROWN, | |
| Defendant. | |

On September 22, 2011, defendant Joseph Brown ("defendant") filed papers which this Court construes as a request to incarcerate defendant in a facility near Fresno. This Court DENIES such relief as beyond that which this Court is able to grant. This Court DIRECTS the clerk to serve this order on defendant at Federal Correctional Complex, P.O. Box 5300, Adelanto, CA 92301 and to treat this address as defendant's updated address.

IT IS SO ORDERED.

**Dated:   September 26, 2011**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1