IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOSEPH BROWN,<br><br>   Defendant.<br>_____/ | CASE NO. CR F 08-0347 LJO<br><br>**ORDER ON REQUEST FOR CLARIFICATION**<br>(Docs. 124 and 126.) |

This Court has reviewed the record and all papers filed by defendant. The record and papers filed by defendant fail to support relief requested by defendant, including an evidentiary hearing. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Defendant has unsuccessfully sought relief from this Court and the Ninth Circuit Court of Appeals in connection with this and another criminal action against him. On October 29, 2012 and November 5, 2012, defendant again filed papers seeking relief which this Court is unable to grant. As such, this Court DENIES defendant relief requested by his papers filed on October 29, 2012 and November 5, 2012 and directs the clerk to term docs. 119-122.

IT IS SO ORDERED.

**Dated:   November 6, 2012**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1