1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    UNITED STATES OF AMERICA,              CASE NO. CR F 08-0347 LJO

10                      Plaintiff,          **ORDER ON MOTION FOR TRIAL TRANSCRIPTS**

11        vs.                               (Docs. 137.)

12   JOSEPH BROWN,

13                      Defendant.

14   _____ /

15       As a courtesy, the Court Reporter has agreed to provide trial transcripts which defendant

16   requests.  The clerk is directed to term doc. 137.

17       IT IS SO ORDERED.

18   **Dated:    December 18, 2012              /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                            1