UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH BROWN,<br><br>    Defendant. | No.  1:08-cr-00347-DAD-1<br><br>ORDER DENYING REQUEST TO CORRECT TRIAL TRANSCRIPT<br><br>(Doc. No. 146) |

On February 22, 2016, the court received a letter from defendant Joseph Brown regarding the trial in this criminal action which was held back in July 2010.  (Doc. No. 146.)  Defendant Brown now requests the court's assistance allegedly "to correct a clerical-error that was made by the court reporter" during trial.  (*Id.* at 1.)  Specifically, defendant Brown requests that the court correct a statement in the trial transcript reflecting the testimony of the prosecution's expert witness.  (*Id.*)  Defendant now Brown claims that he was diagnosed with chronic post traumatic distress disorder during the pendency of this criminal prosecution, and that "upon correction of the clerical-error I will be deemed, and classified as 'psychotic'" by the prosecution's expert witness.  (*Id.* at 2.)  Defendant believes a correction of the trial transcript would cause him to be committed to a mental hospital where he can receive what he believes is necessary mental health treatment.  (*Id.* at 2–3.)

1

Defendant's request provides no basis on which the court may grant him the requested relief with respect to the trial transcript from his jury trial in 2010, and the court declines to do so. The court notes that a mistrial was declared in this action back on July 21, 2010 (Doc. No. 59), and that on September 2, 2011, the court dismissed the indictment against defendant without prejudice. (Doc. No. 87.)  Defendant is therefore advised that this case is closed and that no further orders will be issued in response to future filings by defendant.  Accordingly, defendant's request (Doc. No. 146) is DENIED.

IT IS SO ORDERED.

Dated:  **March 1, 2016**  _____
UNITED STATES DISTRICT JUDGE